UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAGRARIO MENDOZA,

          Plaintiff,

    v.

BRAD BYRNE, et al.,

          Defendants.

Case No.  16-cv-04792-WHO

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      The court has reviewed Magistrate Judge James's Report and Recommendation to Remand this case to Sonoma County Superior Court as this court lacks jurisdiction to hear plaintiff's unlawful detainer claims.  (Dkt. No. 7).  No objections have been filed.  I find the Report correct, well-reasoned and thorough, and ADOPT it in every respect.  Accordingly, this case will be REMANDED to Sonoma County Superior Court.

      **IT IS SO ORDERED.**

Dated: November 4, 2016



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California